SO ORDERED.

Dated: April 23, 2010

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-06405

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jorge Arturo Martinez and Maria Citlaly Martinez<br>      Debtors.<br>_____<br>CitiMortgage, Inc.<br>      Movant,<br>      vs.<br>Jorge Arturo Martinez and Maria Citlaly Martinez, Debtors, David M. Reaves, Trustee.<br>      Respondents. | No. 2:10-bk-03751-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #11) |

   Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

   IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 28, 2006 and recorded in the office of the Maricopa County Recorder wherein CitiMortgage, Inc. is the current beneficiary and Jorge Arturo Martinez and Maria Citlaly Martinez have an interest in, further described as:

> LOT 154, RYLAND HOMES AT WEST POINT TOWNE CENTER, according to Book 443 of Maps, Page 46, records of Maricopa County, Arizona.
>
> Except all minerals in said land as reserved to the United States in Patent; and
>
> Excepting all uranium, thorium, or other material which is or may be determined to be peculiarly essential to the production of fissionable materials, whether or not of commercial value pursuant to the provisions of Act of August 1, 1946 (60 Stat, 755), as set forth in the Patent on said land.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.